**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

        Chapter 11

Ascent Resources Marcellus Holdings,
    Debtors         Case No. 18-10265 (LSS)

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(   )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( x )   Insufficient response to the United States Trustee communication/contact for service on the committee.

(   )   No unsecured creditor interest

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(   )   Other:

        ANDREW R. VARA
        **ACTING UNITED STATES TRUSTEE**

        /s/ *Juliet Sarkessian for*
        T. PATRICK TINKER
        Assistant United States Trustee

DATED: March 19, 2018
Trial Attorney Assigned to Case: Juliet Sarkessian, Esq.
cc: Attorneys for Debtors: Kara Coyle, Esq. and Alexa Kranzley, Esq.